# Accomodation Request Form

*This is a confidential form and will be submitted by the requesting applicant/employee directly to Human Resources (accommodation@ccbcc.com)*

Name: Cameron Cooper
Email: wcooper09atcomcast.net
Position: Delivery Driver
Location: 21st Street

[ ] **MEDICAL ACCOMODATION**

Nature of the Qualifying Disability:

~~Disease~~ Tourette's syndrome

Requested/Suggested Accommodation: *Please describe the accommodations you believe are needed to enable you to perform the essential functions of this job.*

I would like to be put on a truck with another Driver in the mean time while taking care of my situation. Driver helper

Physician Contact Information: *The physician may receive a letter/fax from us requesting information on your impairment/disability and recommendations for accommodations.*

Physician's Name / Address: Karen Mullins DO   2606 Joule St, Alcoa, TN 37701
Physician's Telephone: 865.984.3864   Physician's Fax: 865.380.4095

I authorize the release of necessary confidential medical information regarding my disability to relevant hiring managers as deemed necessary by Human Resources. I also attest to the fact that a copy of the position description has been given to me for review and reference.

Signature: Karen Mullins DO   Date: 6/14/18

[ ] **RELIGIOUS ACCOMODATION**

Accommodation Description / Reason Sought:

Signature: Cam Cooper   Date: 6/14/18

[ ] Approved   [ ] Denied

Signature: _____   Date: _____

Form: 502-2